RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
1/2/15

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

JIMMIE ALFRED                           DOCKET NO. 13-cv-2391; SEC. P

VERSUS                                  JUDGE JAMES T. TRIMBLE, JR.

CORRECTIONAL OFFICER HOLDEN,            MAGISTRATE JUDGE KIRK
ET AL.

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the captioned matter be and is hereby **DISMISSED WITHOUT PREJUDICE** in accordance with the provisions of Rule 41.3 of the Local Rules of the Western District of Louisiana.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 2nd day of January, 2015.

JUDGE JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE